IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| BMW of North Charleston, LLC, and Riverland, LLC, | ) ) ) | Civil Action No. 2:18-cv-1872-RMG |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **PROPOSED DISCOVERY PLAN BY DEFENDANTS, QUALITY EXTERIORS GROUP, LLC, AND DONNIE HAWKINS** |
| Quality Exteriors Group, LLC; Donnie Hawkins; and Drucker & Faulk, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 26(f)(3), the defendants' proposed discovery plan is as follows:

**Discovery Plan**

**(A)** **What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made;**

The parties have agreed to waive Fed.R.Civ.P. 26(a)(1) disclosures.

**(B)** **The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues;**

Discovery should be conducted on the facts alleged by Plaintiff, defenses asserted by Defendants, and issues of alleged damages. The parties have proposed a discovery deadline of May 24, 2019. Furthermore, the parties do not request that discovery should be conducted in phases or be limited to or focused on particular issues.

**(C)** **Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced;**

None at this time.

**(D)** **Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order;**

None at this time.

**(E)    What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and**

The parties do not request any changes at this time.

**Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

None at this time.

Respectfully submitted,

ROBINSON GRAY STEPP & LAFFITTE, L.L.C.

By: <u>S / J. Michael Montgomery</u>
    J. Michael Montgomery
    Fed. I.D. No. 10290
    mmontgomery@robinsongray.com
    Paul H. Hoefer
    Fed. I.D. No. 10437
    phoefer@robinsongray.com
    Vordman Carlisle Traywick, III
    Fed. I.D. No. 12483
    ltraywick@robinsongray.com
    1310 Gadsden Street
    Post Office Box 11449
    Columbia, South Carolina 29211
    (803) 929-1400

Attorneys for Defendants, Quality Exteriors Group, LLC, and Donnie Hawkins

Columbia, South Carolina

September 18, 2018